UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JAMES MICHAEL VANDERVEEN, <br> JENNIFER LYNN VANDERVEEN <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, <br> MIGUEL A. CARDONA, <br> and U.S. DEPARTMENT OF EDUCATION <br> OFFICE OF FEDERAL STUDENT AID, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO.  3:22-cv-889 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANTS' JOINT MOTION TO DISMISS FOR LACK OF SUBJECT <u>MATTER JURISDICTION AND FAILURE TO STATE A CLAIM</u>**

Come now Defendants, Joseph R. Biden, Miguel A. Cardona, and U.S. Department of Education Office of Federal Student Aid, by their attorneys, Clifford D. Johnson, United States Attorney for the Northern District of Indiana and Assistant United States Attorney Sharon Jefferson, and move to dismiss Plaintiffs' complaint pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.  In support of their motion, Defendants submits a memorandum of law.

                                                Respectfully submitted,

                                                CLIFFORD D. JOHNSON
                                                UNITED STATES ATTORNEY

                            By:    /s/Sharon Jefferson
                                          Sharon Jefferson
                                          Assistant United States Attorney
                                          5400 Federal Plaza, Suite 1500
                                          Hammond, Indiana  46320
                                          Tel:    (219) 937-5500
                                          Fax:    (219) 852-2770
                                          E-mail:  Sharon.Jefferson2@usdoj.gov

CERTIFICATE OF SERVICE

I certify that on February 13, 2023 I electronically filed the foregoing MOTION with the Clerk of the Court using the CM/CM/ECF system with the Clerk of the Court using the CM/CM/ECF system that sent notification to N/A.   I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants properly addressed to:

Jennifer L. VanderVeen
51241 Old Cottage Drive
Granger, IN 46530

John Michael VanderVeen
51241 Old Cottage Drive
Granger, IN 46530

/s/Sharon Jefferson
Sharon Jefferson
Assistant U.S. Attorney
Civil Division

OFFICE OF:
United States Attorney
5400 Federal Plaza, Suite 1500
Hammond, IN 46320
Tel: (219) 937-5500
Fax:(219) 852-2770