UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JAMES MICHAEL VANDERVEEN, and<br>JENNIFER LYNN VANDERVEEN<br><br>  Plaintiffs,<br><br>  v.<br><br>JOSEPH R. BIDEN, JR.,<br>MIGUEL A. CARDONA,<br>and U.S. DEPARTMENT OF EDUCATION<br>OFFICE OF FEDERAL STUDENT AID,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)  CASE NO.  3:22-cv-889<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS' JOINT MOTION FOR SUMMARY RULING AS TO PLAINTIFF, JENNIFER LYNN VANDERVEEN'S CLAIMS FOR RELIEF

Come now Defendants, Joseph R. Biden, Jr., Miguel A. Cardona, and U.S. Department of Education Office of Federal Student Aid by their counsel, Clifford D. Johnson, United States Attorney for the Northern District of Indiana, through Sharon Jefferson, Assistant United States Attorney, and pursuant to N.D. Ind. L.R. 7-1, request that the Court summarily rule in favor of Defendants on their Motion to Dismiss as to Plaintiff's Jennifer Lynn VanderVeen's Claims for Relief. (Doc. Nos. 12 and 13).  Defendants state the following in support of their motion:

1. Plaintiffs, James Michael VanderVeen and Jennifer Lynn VanderVeen are a married couple. Complaint. ¶ 1 (Doc. No. 1). Plaintiff Jennifer Lynn VanderVeen

is an attorney and is representing herself. On March 8, 2023, Plaintiff Jennifer Lynn VanderVeen filed her appearance on behalf of Plaintiff James VanderVeen (Doc. No. 15). Plaintiff James Michael VanderVeen is the "borrower" on the student loan applications and other documents at issue in this lawsuit. Defendants' Exhibits A -E, (Doc Nos. 13-1 through 13-6).

2. On February 14, 2023 Defendants filed a motion to dismiss and supporting memorandum. (Doc Nos. 12 and 13). The motion and memorandum were served on plaintiffs.

3. Per the Court's order, Plaintiff was required to file a response by March 7, 2023. (Doc. No. 14) On March 7, 2023, Plaintiff filed an unopposed motion for extension of time to file their response by April 7, 2023. (Doc. No. 16). The Court granted Plaintiffs' request for an extension to April 7, 2023 to respond to Defendants' Motion to Dismiss. (Doc. No. 17)

4. On April 7, 2023, Plaintiff, James VanderVeen filed a response to Defendants' Motion to Dismiss. (Doc. No. 18). However, as of today's date, Plaintiff Jennifer VanderVeen has not filed a response to Defendants' Motion to Dismiss.

5. N.D. Ind. L.R. 7-1(d)(5) provides that, "[t]he court may rule on a motion summarily if an opposing party does not file a response before the deadline." See *Kennedy v. United States Postal Service, et al.* No. 2:10-CV-279,

DE 31, (N.D. Ind. Jan. 3, 2011); *Sanders v. Town of Porter Police Dept.* 2006 WL 2457251, at *2 (N.D. Ind. Aug. 22, 2006).

WHEREFORE, Defendants respectfully move the Court to summarily grant their Motion to Dismiss as to Plaintiff Jennifer VanderVeen's claims for relief.

        Respectfully submitted,

        CLIFFORD D. JOHNSON
        UNITED STATES ATTORNEY

BY:   */s/Sharon Jefferson*
        Sharon Jefferson
        Assistant United States Attorney
        5400 Federal Plaza, Suite 1500
        Hammond, Indiana  46320
        Tel:   (219) 937-5500
        Fax:  (219) 852-2770
        E-mail:  Sharon.Jefferson2@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on <u>April 14, 2023</u> the foregoing <u>MOTION</u> was electronically filed with the Clerk of the Court using the CM/CM/ECF system with the Clerk of the Court using the CM/CM/ECF system that sent notification to Jennifer L. VanderVeen, attorney for John Michael VanderVeen. I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants properly addressed to:

Jennifer L. VanderVeen
51241 Old Cottage Drive
Granger, IN 46530
Pro Se

<u>/s/ Cynthia Berger</u>
Cynthia Berger
Lead Paralegal Specialist
Civil Division

OFFICE OF:
United States Attorney
5400 Federal Plaza, Suite 1500
Hammond, IN 46320
Tel: (219) 937-5500
Fax:(219) 852-2770